**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 97-20061**
**Summary Calendar**

**BACH N. DANG,**

**Plaintiff-Appellant,**

**VERSUS**

**TOSHIBA INTERNATIONAL CORPORATION,**

**Defendant-Appellee.**

Appeal from the United States District Court
For the Southern District of Texas

(H-95-CV-5773)

October 7, 1997

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Dang sued Toshiba, his former employer, for wrongful termination in violation of the Texas Labor Code and the Americans With Disabilities Act. Toshiba moved for summary judgment which the district court granted. We have carefully reviewed the briefs,

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the reply brief, the record excerpts and relevant portions of the summary judgment itself.  For the reasons stated by the district court in its Memorandum and Order filed under date of January 7, 1997, we believe the district court correctly granted summary judgment in favor of Toshiba.  Accordingly, the Final Judgment entered under date of January 7, 1997, is

**AFFIRMED.**